ACCEPTED
03-14-00089-CR
8354697
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/23/2015 9:28:33 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00089-CR

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/23/2015 9:28:33 AM
JEFFREY D. KYLE
Clerk

**The State of Texas**
Appellant

v.

**Cindy Camargo**
Appellee

On Appeal In Case Number D-1-DC-12-206451 from the 427th District
Court of Travis County, the Hon. Jim Coronado, Judge Presiding

# Third Supplemental Argument & Authorities

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Cindy Camargo, Appellee in the above styled and numbered cause, by and through David A. Schulman and John G. Jasuta, her undersigned attorneys of record, and respectfully files this "Third Supplemental Argument & Authorities," and would show the Court that, on December 16, 2015, in *State v. Villarreal*, the Court of Criminal Appeals

1

dismissed the State's motion for rehearing as having been improvidently granted. Thus, the Court's original decision, ***State v. Villarreal***, PD-0306-14 (Tex.Cr.App.; November 26, 2014, is now final. In its original opinion, the Court of Criminal Appeals held that the non-consensual search of a defendant's blood conducted pursuant to the mandatory-blood-draw and implied-consent provisions in the Transportation Code, undertaken in the absence of a warrant or any applicable exception to the warrant requirement, violated the Fourth Amendment. See ***Villarreal***, slip at 49.

Appellee respectfully reiterates her suggestion that this case is controlled by the Court's original opinion in ***Villarreal***. Accordingly, because the State did not have a warrant and none of the recognized exceptions apply, the trial court's suppression order is correct.

## **Prayer**

WHEREFORE, PREMISES CONSIDERED, Cindy Camargo, Appellee in the above styled and numbered cause respectfully

prays that this Honorable Court will affirm the orders of the court below.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
State Bar No. 10592300
lawyer1@johnjasuta.com

**David A. Schulman**
Attorney at Law
State Bar Card No. 17833400
zdrdavida@davidschulman.com

1801 East 51st Street, Suite 365-474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
Attorneys for Cindy Camargo

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 307 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on November 17, 2014, a true and correct copy of the above and foregoing "Third Supplemental Argument & Authorities" was transmitted via the eService function on the State's eFiling portal, to Angie Creasy (angie.creasy@co.travis.tx.us), counsel of record for the State of Texas.

**David A. Schulman**

3